March 29, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ALEXIS FLORES, Appellant

NO. 14-11-00062-CR                    V.

THE STATE OF TEXAS, Appellee

_____

We order that this court's judgment of February 28, 2012 be vacated, set aside, and annulled. We further order this court's opinion of February 28, 2012 withdrawn.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED** and that this decision be certified below for observance.